JACQUELINE TIRINNANZI, ESQ.
Nevada Bar 13266
jt@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 W. Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: (702) 463-9074

*Attorney for Alejandra Enriquez-Atunez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRA ENRIQUEZ-ATUNEZ,<br><br>Defendant. | CASE NO. 2:21-CR-00169-CDS-BNW<br><br>**UNOPPOSED MOTION FOR TRAVEL OUTSIDE THE DISTRICT OF NEVADA** |

COMES NOW, Defendant, Alejandra Enriquez-Atunez, and hereby respectfully requests this Honorable Court issue an Order granting Defendant leave to travel outside the state of Nevada to Los Angeles, CA, on June 25, 2022 through June 26, 2022 for the purpose of taking her daughters to the Universal Studios theme park.

To date, Ms. Enriquez-Atunez has been compliant with all terms of her supervised release. Ms. Enriquez-Atunez has booked one night at the Hollywood Motel 6 located at 1738 Whitley Avenue, Los Angeles, CA 90028 where they will stay during the trip. Ms. Enriquez-Atunez is requesting permission to travel out of the jurisdiction with her two daughters for the two-day trip and will return to Las Vegas the evening of June 26, 2022 (all travel will be via vehicle).

The Defense has spoken to both Pre-Trial Services Officer Mariah Bassler-Wide and

AUSA Kimberly Sokolich regarding the request. AUSA Sokolich advised she would defer to Pre-Trial Services and Officer Bassler-Wide has no objection to this request, so long as the documentation for the address where they will be staying overnight is provided (in addition to the hotel address being provided in this motion, documentation of the hotel booking was provided to Officer Bassler-Wide). For these reasons, Ms. Enriquez-Atunz respectfully requests the Court grant her Unopposed Motion for Travel from the period of June 25, 2022 through June 26, 2022.

Dated this 21st day of June, 2022.

Respectfully submitted,

*/s/ Jacqueline Tirinnanzi*_____
JACQUELINE TIRINNANZI, ESQ
Nevada Bar No. 13206
1070 W. Horizon Ridge Pkwy, Suite 202
Henderson, NV 89012
Telephone: 702.463.9074
Attorney for Defendant
Alejandra Enriquez-Atunez

**ORDER**
**IT IS SO ORDERED**

**DATED:** 2:12 pm, June 22, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I certify that I am an Attorney of Counsel at KATHLEEN BLISS LAW PLLC and that on this 21st day of June 2022, I did cause a true copy of:

**UNOPPOSED MOTION FOR TRAVEL OUTSIDE THE DISTRICT OF NEVADA**

To be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filling system in this action.

By: */s/ Jacqueline Tirinnanzi*
An Attorney of Counsel at
KATHLEEN BLISS LAW