1  JACQUELINE TIRINNANZI
2  Nevada Bar No. 13266
   jt@kathleenblisslaw.com
3  KATHLEEN BLISS LAW PLLC
   170 South Green Valley Parkway
4  Suite 300
   Henderson, Nevada 89012
5  Telephone: 702.318.7375
6
7  *Attorney for Alejandra Enriquez-Atunez*

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11  UNITED STATES OF AMERICA,          CASE NO. 2:21-CR-00169-CDS-BNW

12                   Plaintiff

13        vs.                          **Stipulation to Continue Sentencing**
                                       **(Second Request)**
14  ALEJANDRA ENRIQUEZ-ATUNEZ,

15                   Defendant

16

17

18

19       IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson,

20  United States Attorney for the District of Nevada, and Kimberly Sokolich, Assistant United

21  States Attorney, and Jacqueline Tirinnanzi, counsel for Defendant Alejandra Enriquez-Atunez,

22  that the sentencing hearing currently scheduled for March 20, 2023, at 10:30 a.m. (ECF No. 99)

23  is continued for no sooner than 60 days, to a date and time convenient to this Court. This

24  stipulation is made and based upon the following:

25       1.     Ms. Enriquez Atunez entered a change of plea on November 3, 2022, pleading

26              guilty to one count of Conspiracy to Distribute a Controlled Substance under 21

27

28

                                          1

U.S.C. §§ 846, 841(a)(1), 841(b)(A)(viii) ad (b)(1)(C).  ECF No. 89.

2.      Ms. Enriquez Atunez is out of custody and agrees to the continuance. To date, there have been no pretrial violations filed against Ms. Enriquez-Atunez.

3.      Defense Counsel's ability to effectively and thoroughly explore all factors relevant to Ms. Enriquez Atunez's sentencing and mitigation presentation requires additional time for the following reasons. Counsel was preparing for the upcoming sentencing with her client on March 8, 2023 when she was made aware of serious information relating to the client, which was new information to Counsel, despite her best efforts to proactively explore all factors relevant to the client's sentencing in a timely manner. As a result, Counsel requires additional opportunity to obtain specific professional expertise to evaluate the newly discovered information. Counsel believes that a professional evaluation relating to said information is required to provide competent, effective representation for her client.

4.      This is the second request for a continuance of the sentencing hearing.

5.      The additional time requested herein is sought in good faith and not for purposes of delay.

6.      The additional time requested by this stipulation is reasonable pursuant to Fed. R. Crim. P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed [for sentencing] in this rule." Furthermore, a delay in sentencing does not implicate or undermine the defendant's speedy trial rights under the United States Constitution, which terminated upon conviction. *See Betterman v. Montana*, 136 S.Ct. 1609, 1617-18 (2016).

7.      Denial of this request for continuance would deny counsel for Ms. Enriquez

Atunez sufficient time to effectively and thoroughly prepare for sentencing, taking into account due diligence. Accordingly, a denial of this request for continuance could result in a miscarriage of justice.

Dated this 14th day of March 2023.

/s/Kimberly Sokolich                        /s/Jacqueline Tirinnanzi
Assistant U.S. Attorney                     Counsel for Alejandra Enriquez Atunez
Counsel for the United States

3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>ALEJANDRA ENRIQUEZ-ATUNEZ,<br><br>Defendant | CASE NO. 2:21-CR-00169-CDS-BNW<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

**FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.  Ms. Enriquez Atunez entered a change of plea on November 3, 2022, pleading guilty to one count of Conspiracy to Distribute a Controlled Substance under 21 U.S.C. §§ 846, 841(a)(1), 841(b)(A)(viii) ad (b)(1)(C).  ECF No. 89.

2.  Ms. Enriquez Atunez is out of custody and agrees to the continuance. To date, there have been no pretrial violations filed against Ms. Enriquez-Atunez.

3.  Defense Counsel's ability to effectively and thoroughly explore all factors relevant to Ms. Enriquez Atunez's sentencing and mitigation presentation requires additional time for the following reasons. Counsel was preparing for the upcoming sentencing with her client on March 8, 2023 when she was made aware of serious information relating to the client, which was new information to Counsel, despite her best efforts to proactively explore all factors relevant to the client's sentencing in a timely manner. As a result, Counsel requires additional opportunity to obtain specific professional expertise to evaluate the newly discovered information.

1   Counsel believes that a professional evaluation relating to said information is

2   required to provide competent, effective representation for her client.

3   4.   This is the second request for a continuance of the sentencing hearing.

4   5.   The additional time requested herein is sought in good faith and not for purposes

5   of delay.

6   6.   The additional time requested by this stipulation is reasonable pursuant to Fed. R.

7   Crim. P. 32(b)(2), which states that the "court may, for good cause, change any

8   time limits prescribed [for sentencing] in this rule." Furthermore, a delay in

9   sentencing does not implicate or undermine the defendant's speedy trial rights

10   under the United States Constitution, which terminated upon conviction. *See*

11   *Betterman v. Montana*, 136 S.Ct. 1609, 1617-18 (2016).

12   7.   Denial of this request for continuance would deny counsel for Ms. Enriquez

13   Atunez sufficient time to effectively and thoroughly prepare for sentencing, taking

14   into account due diligence. Accordingly, a denial of this request for continuance

15   could result in a miscarriage of justice.

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

Based upon the stipulation of the parties, and good cause appearing, it is hereby ORDERED that Ms. Enriquez Atunez's sentencing hearing currently scheduled for March 8, 2023, at 10:30 a.m., be VACATED.

IT IS FURTHER ORDERED that the sentencing hearing is reset for <u>May 22, 2023</u>, at the hour of <u>10:00</u> a.m. in LV Courtroom 6B before Judge Cristina D. Silva.

DATED: <u>3/14/2023</u>

_____

THE HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE