JACQUELINE TIRINNANZI, ESQ.
Nevada Bar 13266
TIRINNANZI LAW PLLC
2370 Corporate Circle Drive, Suite 190
Henderson, Nevada 89074
Telephone: (702) 912-3834
jackie@tirinnanzilaw.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>　vs.<br><br>ALEJANDRA ENRIQUEZ-ATUNEZ,<br><br>　　　　　Defendant | CASE NO. 2:21-cr-00169-CDS-BNW<br><br>**ORDER PERMTTNG DEFENDANT TRAVEL OUTSIDE THE DISTRICT OF NEVADA**<br><br>**[ECF No. 121]** |

　　　IT IS HEREBY ORDERED that defendant Alejandra Enriquez Atunez's Request for Travel Outside the District of Nevada [ECF No. 121] to Apple Valley, California for personal matters on April 1, 2023, is hereby GRANTED.

　　　Dated this 31st day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　　Respectfully Submitted,

　　　*/s/ Jacqueline Tirinnanzi*
　　　Jacqueline Tirinnanzi
　　　Nevada Bar 13266
　　　TIRINNANZI LAW PLLC
　　　2370 Corporate Circle Drive, Suite 190
　　　Henderson, Nevada 89074
　　　Telephone: (702) 912-3834
　　　jackie@tirinnanzilaw.com