JACQUELINE TIRINNANZI, ESQ.
Nevada Bar 13266
TIRINNANZI LAW PLLC
2370 Corporate Circle Drive, Suite 190
Henderson, Nevada 89074
Telephone: (702) 912-3834
jackie@tirinnanzilaw.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>ALEJANDRA ENRIQUEZ-ATUNEZ,<br><br>Defendant | CASE NO. 2:21-CR-00169-CDS-BNW<br><br>**ORDER PERMITTING DEFENDANT TRAVEL OUTSIDE THE DISTRICT OF NEVADA**<br><br>[ECF No. 135] |

IT IS HEREBY ORDERED that defendant Alejandra Enriquez Atunez's Unopposed Request for Travel Outside the District of Nevada to Los Angeles, California for a family trip from June 13, 2023 to June 14, 2023 is hereby GRANTED.

Dated: June 12, 2023

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

_/s/ Jacqueline Tirinnanzi____
Jacqueline Tirinnanzi
Nevada Bar 13266
TIRINNANZI LAW PLLC
2370 Corporate Circle Drive, Suite 190
Henderson, Nevada 89074
Telephone: (702) 912-3834
jackie@tirinnanzilaw.com

4