JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar #7709
KIMBERLY SOKOLICH
Kimberly.Sokolich@usdoj.gov
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00169-CDS-BNW |
| Plaintiff | |
| vs. | **Stipulation to Continue Sentencing (Fourth Request)** |
| ALEJANDRA ENRIQUEZ-ATUNEZ, | |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney for the District of Nevada, and Kimberly Sokolich, Assistant United States Attorney, and Jacqueline Tirinnanzi, counsel for Defendant Alejandra Enriquez-Atunez, that the sentencing hearing currently scheduled for July 13, 2023, at 10 a.m. is continued to July 17, 2023, at 1:30 p.m. This stipulation is made and based upon the following:

    1.    Enriquez Atunez entered a change of plea on November 3, 2022, pleading guilty to one count of Conspiracy to Distribute a Controlled Substance under 21 U.S.C. §§ 846, 841(a)(1), 841(b)(A)(viii) ad (b)(1)(C).  ECF No. 89.

    2.    On May 15, 2023, the Court granted a stipulation to continue sentencing to

1. allow the defense to prepare for sentencing, pending an expert evaluation. Sentencing was continued to July 13, 2023 (ECF No. 125).

3. Counsel for the government will be out of state for a training on the currently scheduled sentencing date.

4. The parties have consulted with the Courtroom Administrator to identify a new sentencing date.

5. The parties agree to the continuance.

6. Enriquez Atunez is not in custody and agrees to the continuance.

7. This is the fourth request for a continuance of the sentencing hearing.

8. The additional time requested herein is sought in good faith and not for purposes of delay.

Dated this  5  day of July, 2023.


JASON M. FRIERSON
United States Attorney

/s/ Kimberly Sokolich_____                    /s/ Jacqueline Tirinnanzi_____
Assistant U.S. Attorney                            Counsel for Alejandra Enriquez Atunez
Counsel for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00169-CDS-BNW |
| Plaintiff | **ORDER** |
| vs. | |
| ALEJANDRA ENRIQUEZ-ATUNEZ, | |
| Defendant | |

**FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Enriquez Atunez entered a change of plea on November 3, 2022, pleading guilty to one count of Conspiracy to Distribute a Controlled Substance under 21 U.S.C. §§ 846, 841(a)(1), 841(b)(A)(viii) ad (b)(1)(C).  ECF No. 89.

2. On May 15, 2023, the Court granted a stipulation to continue sentencing to allow the defense to prepare for sentencing, pending an expert evaluation. Sentencing was continued to July 13, 2023 (ECF No. 125).

3. Counsel for the government will be out of state for a training on the currently scheduled sentencing date.

4. The parties have consulted with the Courtroom Administrator to identify a new sentencing date.

5. The parties agree to the continuance.

6. Enriquez Atunez is not in custody and agrees to the continuance.

7. This is the fourth request for a continuance of the sentencing hearing.

8. The additional time requested herein is sought in good faith and not for purposes of delay.

**ORDER**

Based upon the stipulation of the parties, and good cause appearing, it is hereby ORDERED that Enriquez Atunez's sentencing hearing currently scheduled for July 13, 2023, at 10:30 a.m., is VACATED.

IT IS FURTHER ORDERED that the sentencing hearing is reset for July 17, 2023, at the hour of 1:30 p.m. before Judge Cristina D. Silva. in courtroom 6B.

DATED: 7/5/2023

_____
THE HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE