**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>                Plaintiff<br><br>v.<br><br>Alejandra Enriquez-Atunez,<br><br>                Defendant | Case No. 2:21-cr-00169-CDS-BNW-2<br><br>**Order Granting Defendant's Motion to Continue Self-Surrender Date**<br><br>[ECF No. 165] |

Defendant Alejandra Enriquez-Atunez, plead guilty to one count of Conspiracy to Distribute a Controlled Substance, was sentenced to 57 months imprisonment, and ordered to self-surrender to the Bureau of Prisons on November 3, 2023. ECF Nos. 90, 151, 152. Enriquez-Atunez now seeks a 90-day extension of the deadline to self-surrender in order to find suitable caretakers and stable living arrangements for her three minor daughters. ECF No. 165. In particular, Enriquez-Atunez seeks this extension so she may obtain sole custody of her daughters, giving her the authority to arrange for a caregiver while she is in custody. *Id.* Enriquez-Atunez represents that plaintiff United States of America has no objection to continuing the self-surrender date. *Id.* at 4.

These unique circumstances, together with Enriquez-Atunez's record of compliance while on release, demonstrate good cause to extend the self-surrender date. Accordingly, the defendant's motion to continue self-surrender date **[ECF No. 165] is GRANTED**.

IT IS ORDERED that defendant Alejandra Enriquez-Atunez must self-surrender to the designated Bureau of Prisons' facility by noon on February 2, 2024.

DATED:  October 24, 2023

_____
Cristina D. Silva
United States District Judge